```
                UNITED STATES DISTRICT COURT

                  DISTRICT OF MASSACHUSETTS



HUGH F. O'NEIL BARNES
        Petitioner

V.                                CIVIL ACTION NO. 04-11422-RCL


UNITED STATES OF AMERICA
        Respondent

                            ORDER

LINDSAY, D.J.
```

Pursuant to Rule 4(b) of the Rules Governing Section 2255 cases, the Clerk of this Court is hereby ordered to serve a copy of the Motion to Vacate, Set Aside, or Correct Sentence by a person in Federal Custody upon the office of the United States Attorney.

It is further ordered that the Respondent shall, within 20 days of receipt of this Order, file an answer (or other responsive pleading) to the Motion to Vacate, Set Aside or Correct Sentence.

```
                              /s/ Reginald C. Lindsay
                              _____
                              UNITED STATES DISTRICT JUDGE
July 14, 2004
```