```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

```
HUGH F. O'NEIL BARNES      )
                           )
v.                         )    Civil No. 04-CV-11422
                           )
UNITED STATES OF AMERICA   )
```

**NOTICE OF APPEARANCE**

Now comes the Assistant United States Attorney ("AUSA") and hereby gives notice of his appearance as government counsel in the captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: */s/ David G. Tobin*
DAVID G. TOBIN
Assistant U.S. Attorney
One Courthouse Way
Suite 9200
Boston, MA  02210
(617) 748-3392

November 18, 2004