UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**HUGH O'NEIL BARNES**

**V.**                                    **CIVIL ACTION NO. 04-11422-RCL**

**UNITED STATES**

**JUDGMENT OF DISMISSAL**

LINDSAY, D.J.

    In accordance with the Court's Order of July 26, 2006 allowing the motion to dismiss of the respondent United States, Judgment is hereby entered as follows: Judgment for the respondent United States dismissing this action.

July 26, 2006                                    /s/ Lisa M. Hourihan
                                                                Deputy Clerk